UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CAMOU,

        Plaintiff,

   v.

CALIFORNIA MEDICAL FACILITY,

        Defendant.

No.  2:13-cv-1031 CKD P

ORDER AND

FINDINGS AND RECOMMENDATIONS

    On May 30, 2013, plaintiff was ordered to a file a request for leave to proceed in forma pauperis and a complaint within 30 days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not filed either a request to proceed in forma pauperis or a complaint.[1]

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

---

[1] In a document filed by plaintiff on June 24, 2013, plaintiff indicates he would like to file a petition for writ of habeas corpus instead of a complaint.  If that is the case, petitioner should initiate a new action.

1

after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
camo1031.fifp