1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL CAMOU,                          No.  2:13-cv-1031 CKD P

12              Plaintiff,                   ORDER AND

13        v.                                 FINDINGS AND RECOMMENDATIONS

14  CALIFORNIA MEDICAL FACILITY,

15              Defendant.

16

17          On May 30, 2013, plaintiff was ordered to a file a request for leave to proceed in forma

18  pauperis and a complaint within 30 days and was cautioned that failure to do so would result in a

19  recommendation that this action be dismissed.  The thirty day period has now expired, and

20  plaintiff has not filed either a request to proceed in forma pauperis or a complaint.[1]

21          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

22  court judge to this case; and

23          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

24          These findings and recommendations are submitted to the United States District Judge

25  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26  _____

27  [1]  In a document filed by plaintiff on June 24, 2013, plaintiff indicates he would like to file a
    petition for writ of habeas corpus instead of a complaint.  If that is the case, petitioner should
28  initiate a new action.

                                              1

1   after being served with these findings and recommendations, plaintiff may file written objections

2   with the court and serve a copy on all parties.  Such a document should be captioned "Objections

3   to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

4   objections within the specified time may waive the right to appeal the District Court's order.

5   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6   Dated:  July 18, 2013

7   _____
    CAROLYN K. DELANEY
8   UNITED STATES MAGISTRATE JUDGE

9

10

11

12   1
     camo1031.fifp
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2